IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL N. BROADUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1210 |
| vs. ) | |
| ) | |
| JO ANN B. BARNHART, ) | Judge McVerry |
| Commissioner of Social Security, ) | Magistrate Judge Lenihan |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Plaintiff's Complaint was received by the Clerk of Court on August 30, 2005 and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 21) filed on February 28, 2007, recommended that the Motion for Summary Judgment filed by Plaintiff be denied and the Motion for Summary Judgment filed by Defendant be granted. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW,** this 26th day of March, 2007;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is denied and Defendant's Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 21) of Magistrate Judge Lenihan, dated February 28, 2007, is adopted as the Opinion of the Court.

                            BY THE COURT:

                            s/ Terrence F. McVerry
                            United States District Judge

cc:    Lisa Pupo Lenihan
        United States Magistrate Judge

        All counsel of record